Cecil T. CONNER, Appellant,

v.

The STATE of Texas, Appellee.

No. 28736.

Court of Criminal Appeals of Texas.

Jan. 30, 1957.

No attorney for appellant of record on appeal.

J. M. Kolander, County Atty., and Lon Moser, Asst. County Atty., Amarillo, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, six months in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

William Luke MOORE, alias W. L. Luther, alias Luke, alias William Luther, Appellant,

v.

The STATE of Texas, Appellee.

No. 28737.

Court of Criminal Appeals of Texas.

Jan. 30, 1957.

No attorney for appellant of record on appeal.

Henry Wade, Criminal Dist. Atty., George P. Blackburn and A. D. Bowie, Asst. Dist. Attys., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is burglary; the punishment, two years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.